IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRETTA J. SEGERS, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
|     Defendant | : | NO. 07-2969 |

## ORDER

AND NOW, this 21st day of July, 2009, it is hereby ORDERED that the corrected Memorandum regarding Plaintiff's Motion for Award of Attorney's Fees, attached hereto, shall be substituted for the original Memorandum dated May 8, 2009 (Docket No. 26). The corrected Memorandum omits the word "but" from the second line on page two, which was mistakenly included in the original Memorandum as a result of a typographical error.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE